In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00079-CR


______________________________




MARC RUSSELL HICKEY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 35,438-A




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 In this appeal, Marc Russell Hickey appeals his conviction for aggravated assault against a
public servant. See Tex. Penal Code Ann. § 22.02(b) (Vernon Supp. 2007). Hickey was sentenced
to forty-five years' imprisonment on this conviction. This sentence runs concurrently with other
sentences in companion cases in which Hickey has appealed his convictions of evading detention
(cause number 06-07-00077-CR) and aggravated assault and failure to stop and render aid (cause
number 06-07-00078-CR). 

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
issued this day in Hickey v. State, cause number 06-07-00077-CR, we affirm the judgment of the trial
court.



 Bailey C. Moseley

 Justice


Date Submitted: January 23, 2008

Date Decided: January 24, 2008


Do Not Publish



mes New Roman"> Justice


Date Submitted: October 22, 2009

Date Decided: October 23, 2009